## 4218.  SLAUGHTER v. MANNING.

HILL, C. J.  1. An application to foreclose a landlord's lien for supplies. against a tenant, where the amount claimed exceeds $100, can not be made to a justice of the peace; and where such application is made, and the justice of the peace has issued an execution thereon for a sum exceeding $100, the execution is absolutely void, and any lien thereon, and all further proceedings thereunder, are absolutely invalid.  Civil Code (1910), § 3366, subsections 3 and 4.

2. Where a landlord's lien for supplies exceeding the sum of $100 is foreclosed before a justice of the peace, who issues an execution thereon for the sum claimed, and the execution is levied upon property in the possession of the tenant and a claim is interposed, the claimant, on the trial of the claim case, can challenge the legality of the foreclosure proceedings and the validity of the execution issued thereunder.

*Judgment reversed.*

DECIDED OCTOBER 9, 1912.

Levy and claim; from city court of Vienna—Judge Lasseter. April 17, 1912.

*F. H. Kirkland, W. V. Harvard, Jule Felton,* for plaintiff in error.

*D. L. Henderson,* contra.